**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| SALVATORE J. SOWELL, | : | Case No. 2:26-cv-565 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael H. Watson<br>Magistrate Judge Peter B. Silvain, Jr. |
| UNITED STATES OF AMERICA, *et al*., | : | |
| Defendants. | : | |

**ORDER**

Plaintiff has submitted a complaint in this case. (Doc. 1). Observing, however, that Plaintiff did not pay the $405.00 filing fee or request leave to proceed *in forma pauperis* (IFP), a Notice of Deficiency was issued on May 11, 2026. (Doc. 4). When Plaintiff failed to respond to the Notice of Deficiency, the Court entered a Deficiency Order on August 5, 2026 directing Plaintiff to correct this deficiency within thirty days. (Doc. 6).

Instead of correcting the deficiency as directed by the Court, Plaintiff filed an amended complaint (Doc. 7) and an "express waiver" (Doc. 8), which the Court understands to be a motion to waive the filing fee.

"Under the [Prison Litigation Reform Act] PLRA, 'federal courts may not waive or reduce the filing fee for an indigent prisoner proceeding IFP. § 1915(b)(1). Instead, the statute provides that a prisoner proceeding IFP 'shall be required to pay the full amount of a filing fee,' and instructs courts to deduct the fee in installments from the prisoner's account.'" *Reed v. Christiansen*, No. 25-cv-10358, 2026 WL 678410, at *2 (E.D. Mich. Mar. 10, 2026) (quoting *Johnson v. High Desert State Prison*, 146 S. Ct. 793, 794 (2026) (Sotomayor, J., with Jackson, J., dissenting)). "If filing

fees were suspended because of perceived hardship, the Congressional action [in passing the PLRA] would not have its intended effect of discouraging frivolous lawsuits by making prisoners pay at least some of the cost of litigating those cases." *Johnson v. Adult Parole Auth.*, No. 3:16-CV-141, 2016 WL 1626111, at *1 (S.D. Ohio Apr. 25, 2016). Plaintiff's motion to waive to the filing fee (Doc. 8) is therefore **DENIED.**

Plaintiff is again **ORDERED** to pay $405 ($350 filing fee plus $55 administrative fee), or submit to the Court an *in forma pauperis* application **and** certified copy of Plaintiff's prison trust fund account statement (or institutional equivalent) for the prior six-month period **within thirty (30) days**.

**If Plaintiff fails to comply with this Order, the Court will recommend dismissal of this case for want of prosecution.** *In re Prison Litigation Reform Act*, 105 F.3d 1131 (6th Cir. 1997). If Plaintiff's case is dismissed for failure to comply with this Order, the case will not be reinstated to the Court's active docket despite the payment of the filing fee. *Id.*

The **CLERK OF COURT** is **DIRECTED** to send Plaintiff an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form.

**A copy of this Order shall be sent to the cashier of the prison at which Plaintiff is confined.**

**IT IS SO ORDERED.**

September 17, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge